390 A.2d 306

Golushka, et ux. v. Jennings et al. (Appeal).

Abent, Appeal of.

Argued March 22, 1978.  J. Albert, with him Basil G. Russin, for appellant;  S. Killian, with him John F. Boyle, for appellees.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 306

Graham et al. v. Kutler et al., Appellants.

Argued March 27, 1978.  James M. Marsh, for appellants;  Kevin H. Wright, with him F. Emmet Ciccone, for appellees.

Judgment affirmed.

HESTER, J., dissented.